**Affirmed and Memorandum Opinion filed August 7, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00069-CR

**LAWRENCE LANELL PARKER, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 264th District Court**
**Bell County, Texas**
**Trial Court Cause No. 76499**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for evading arrest or detention with a motor vehicle. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by assigning issues that might arguably support the appeal, and explaining why those issues do not raise arguable error. *See Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).